COUNTY OF ONONDAGA, Respondent, *v.* CITY OF BUFFALO, Appellant.

*County of Onondaga* v. *City of Buffalo*, 171 App. Div. 968, affirmed.

(Argued October 8, 1918; decided October 29, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 3, 1915, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover money alleged to have been expended by the plaintiff for the support of an alleged poor person, a minor under the age of fourteen years. It appeared that her parents, residents of the city of Buffalo, removed to the city of Syracuse, and a month thereafter brought the child, who for two years had been an inmate of a private charity hospital at Oswego, to their new home. Within one year from the time they removed from Buffalo application was made to the superintendent of poor of defendant county for relief for the child as a poor person, and after investigation she was committed to a hospital, where she has received care and treatment at the expense of said county.

*William S. Rann, Corporation Counsel (Frank C. Westphal* of counsel), for appellant.

*Frank P. Malpass* and *Herbert L. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND and CRANE, JJ. Not sitting: ANDREWS, J.